UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-CV-00732-WYD-CBS

JOHN S. WILDER,

     Plaintiff,

v.

KEVIN P. TURNER,

     Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Plaintiff's Motion for Leave for Out-Of-Time Submission of Plaintiff's Memorandum Re Disputed Jury Instructions (filed October 7, 2005) is **GRANTED**.

Dated: October 11, 2005

                                            s\ Sharon Shahidi
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U.S. District Court