IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Civil Action No.:   02-CV-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff(s),

v.

KEVIN P. TURNER,

    Defendant(s).

_____

ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS
_____

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 28th day of October, 2005.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
United States District Judge