UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-CV-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff,

v.

KEVIN P. TURNER,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Verified Motion for Attorney Fees and Expenses - Opposed by Defendant Turner (filed November 15, 2005). The motion asserts that counsel for Plaintiff attempted to meet and confer with defense counsel before filing the motion pursuant to the Court's order and D.C.COLO.LCivR 7.1(a) but were unsuccessful.

    Plaintiff's Verified Motion for Attorney Fees and Expenses is stricken. The parties did not comply with their duty to meet and confer as required by my directive at the close of the trial and the Local Rules. The parties SHALL meet and confer regarding the fees and expenses sought by Plaintiff or sanctions will be assessed by me against the offending party. Defendants may not avoid the duty to meet and confer by seeking to defer the issue of attorney fees until after the appeal. After meeting and conferring, Plaintiff may refile a motion for attorney fees and expenses (if any remain in

dispute) on or before **Tuesday, December 6, 2005**.

Dated: November 17, 2005.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge