UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff,

v.

KEVIN P. TURNER,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion to Stay Execution of Judgment and Costs filed November 18, 2005.  The motion requests that the Court exercise its discretion and stay the execution of Plaintiff's judgment pending the disposition of Defendant's Motion to Alter or Amend Judgment.

The motion was initially opposed by Plaintiff.  However, Defendant's Reply in Support of Motion to Stay Execution of Judgment states that, with the assurance that the State of Colorado has determined to provide complete indemnification of the Defendant, Defendant is authorized to state that Plaintiff no longer opposes the motion.  Since the motion is no longer opposed, the Court finds that the motion should be granted.  Accordingly, it is

ORDERED that Defendant's Motion to Stay Execution of Judgment and Costs filed November 18, 2005, is **GRANTED**.  Execution of the Judgment and payment of

costs are stayed pending a ruling by the Court on Defendant's Motion to Alter or Amend Judgment.

Dated: December 16, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge