UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff,

v.

KEVIN P. TURNER,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Motion to Stay Further Proceedings on Attorneys Fees Pending Appeal filed February 16, 2006. The motion seeks to stay proceedings involving further claims for attorney fee awards incurred in litigating the post-trial motions and/or the appeal pending the completion of the appeal. Defendant's response filed February 21, 2006, indicates that he does not oppose this stay. Accordingly, it is

    ORDERED that Plaintiff's Motion to Stay Further Proceedings on Attorneys Fees Pending Appeal filed February 16, 2006 is **GRANTED**.

    Dated: February 22, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge