UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff,

v.

KEVIN P. TURNER,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Second Renewed Motion to Stay Execution of Judgment, Attorney Fees and Costs with Attached Supersedeas Bond is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A. Although the motion indicates that Defendant conferred with Plaintiff on March 6, 2006, that was in reference to an earlier motion filed by Defendant. There is no Rule 7.1A certification as to the relief sought in this motion.

    Dated: July 11, 2006