UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff,

v.

KEVIN P. TURNER,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant's Second Renewed Motion to Stay Execution of Judgment, Attorney Fees and Costs with Attached Supersedeas Bond (filed July 13, 2006). The motion seeks to stay execution of the amended judgment as well as any orders granting attorney fees and costs pending the disposition of the appeal. Plaintiff filed a response opposing this motion on July 25, 2006, and a reply was filed August 8, 2006. For the reasons stated below, I grant Defendant's motion.

    As noted in a prior Order, in order to obtain such a stay a supersedeas bond is required pursuant to FED. R. CIV. P. 62(d). Defendant attaches a supersedeas bond in the amount of $850,000.00. Plaintiff argues that the bond is not sufficient to cover the attorney fees, costs and interest that will accrue on the judgment. However, Defendant notes in its reply that the State of Colorado (through the Risk Management self insurance fund) has provided for the payment of the full judgment, costs, fees and

interests if Defendant is not successful on appeal.  Accordingly, I see no need for a larger bond to be posted.  I further note that execution of the attorney fees award has already been stayed pursuant to an Order of February 22, 2006, and there is no need for the bond to cover such fees.  Accordingly, the bond is approved, and Defendant's motion for a stay of execution of the judgment is granted.

In conclusion, it is

ORDERED that Defendant's Second Renewed Motion to Stay Execution of Judgment, Attorney Fees and Costs with Attached Supersedeas Bond (filed July 13, 2006) is **GRANTED**.  Execution of the judgment, fees and costs is **STAYED** pending the appeal of this matter.

Dated:  August 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge