UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff,

v.

KEVIN P. TURNER,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the Mandate of the Tenth Circuit (filed September 4, 2007) and the Judgment of the Tenth Circuit (filed June 12, 2007). Consistent with the Mandate and Judgment, it is

    ORDERED that the Clerk of Court shall issue an Amended Judgment in favor of Defendant Kevin P. Turner and against Plaintiff John S. Wilder on the basis of qualified immunity.

    Dated: September 13, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge