UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00732-WYD-CBS

JOHN S. WILDER,

    Plaintiff,

v.

KEVIN P. TURNER,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Motion to Stay All Further Proceedings on Costs, Expenses, or Attorney Fees Pending Appeal (filed September 26, 2007). A response was filed to this motion on October 2, 2007. I find for the reasons stated below that this motion should be denied.

    The motion asks that all proceedings involving claims for costs, expenses or attorney fees pursuant to Fed. R. Civ. P. 54(d)(1) and (d)(2)2, D.C.COLO.LCivR 54.1 and 54.3, and 42 U.S.C. § 1988 be stayed pending completion of all appeals in this matter, including an appeal to the United States Supreme Court from the Tenth Circuit's ruling. Defendant objects to such a stay.

    Turning to the merits of the motion, I first note that judgment was properly entered by this Court pursuant to the Mandate of the Tenth Circuit dated September 4, 2007. Second, Plaintiff cites no legal authority in support of his request for a stay, and

Defendant points out that no petition for certiorari has yet been filed by Plaintiff with the United States Supreme Court . Thus, I find that Plaintiff's motion is properly denied.

Based upon the foregoing, it is

ORDERED that Plaintiff's Motion to Stay All Further Proceedings on Costs, Expenses, or Attorney Fees Pending Appeal (filed September 26, 2007) is **DENIED**.

Dated: October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge